**BILL OF LADING**

district court of the united states for the eastern district of new york
original equal justice to be rendered cognizance of all special causes of
admiralty and maritime jurisdiction by nature law of nations

office of chief clerk & chief Judge
regency at:225 cadmen plaza, [Brooklyn, Ny 10005] rural free delivery



*Bill of Exceptions Precipe of the court*

**from:** griffith, jelahn v. dannhauser et al., Trust Vessel Case # **22-CV 5865 PKC-RML**

**To: Office of Special Clerk and Master** brodie, margo k. /dba MARGO K. BRODIE chief judge of the district court of the united states for the eastern district of new york et al., Consignee and Mahoney, brenna b. /dba BRENNA B. MAHONEY chief clerk of the district court of the united states for the eastern district of new york Consignee et al., A People Bound by oath to be Persons Worthy of Trust, Trustee, Fiduciary who I entrusted to discharge your duties faithfully while in office of Trust and Perform your ministerial duties in good conscious.

**Dear brenna and margo,** *"Equity looks to the intent, and will regard substance rather than form."*

**1)** This here served onto the pro se office, a bill of exceptions in response to said form **IFP(short form)** document #2, filed 10/03/2022 pageID# 49-51 AO 240(REV07/10), precipe of the court I am denying and objecting to the swearing of a pauper's oath, being indigent, or a very poor person by filing out the form **IFP**, and all other colorable quasi forms document #3, filed 10/03/2022 pageID# 51-53 AO 85(REV EDNY etc.., in the colorable quasi in-rem admiralty and maritime port of venue, known as the united states for the district of columbia styled as "THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK" and its hostile agents known as citizens of the united states for the district of columbia, who take on commissions and grant letters of marque/reprisal without the consent of congress. show me the consideration you gave to me, for all the things I gave to you, including me granting you my signature, an equitable asset for consideration, and that it was equitable. You, brodie, margo k. /dba MARGO K. BRODIE, chief judge/and all associate justices of the district court of the united states for the eastern district of new york et al., and Mahoney, brenna b. /dba BRENNA B. MAHONEY special chief clerk of the district court of the united states for the eastern district of new york et al, are people bound by oath to be persons worthy of trust trustee(s), and have (3) three days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust. *"equity acts in personam"*

### Substantive Facts

*"1781 Articles of confederation a Perpetual Union article XIII"*
*"1781 Articles of confederation a Perpetual Union article IV"*

**2) I Deny** any and all equal justice being rendered in colorable quasi-in rem admiralty whose prize proceedings is inapplicable in admiralty and maritime jurisdiction by nature because my equal justice being rendered in the original admiralty and maritime jurisdiction by nature, law of nations, in Personam ONLY Title is Superior. agents who take on commissions and grant letters of marque/reprisal without the consent of congress on

colorable quasi-in rem prize proceedings that does not apply in admiralty, and is without **"statues"** or **"Federal Rules of Civil Procedures"** or any colorable corporal punishment that applies only to corporations, persons and partnerships who has taken oaths to such corporate trusts, a people bound by oath to be persons worthy of trust, trustee(s), have (3) three days to AFFIRM OR DENY the trust, your silence is acquiescence and admittance of the trust.. *" Equity will not allow a statute to be used as cloak for fraud "* *"Between equal equities the first in order of time shall prevail"*.

## Substantive Facts

*"1789 constitution of the united states Article III Section 2 subsection 1"*

**3)** Furthermore, it's tyrannical to force a Moor by legal compulsion to a want of a form by due administrative processes, only to be indebtedly grounded in the acting concert of Qazi-in-rem jurisdiction or united states for the district of columbia, in which it is clear, that this court does grant letters of marque with pre filled names of suitor(s) **(form IFP)**, then there is a clear conflict of law and variance, and it seems like this court's intent and purpose is for your orator to be lost at sea in commerce for a want of note(s) of legal tender for a debt, public or private, coercion and pressurization your orator to a surety obligation, and to drown in the body of waters of "THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK", and its insular possessions, I object and deny being a Trustee and/or Surety. *"Equity regards the beneficiary as the True owner"*

## Substantive Facts

*"1789 constitution of the united states Article 1 section 8 clause 10"*
*"1789 constitution of the united states Article 1 section 8 clause 17"*

**4)** I deny paying any corporate duties to such debts, my bill of lading landed at this port of venue by hand With a Proof of Consideration tendered on special deposit. *"Equity will not complete an imperfect gift."* 1796 Treaty of Tripoli Article V, X, XIII to the port of entry received by the clerk(s) of your courts (a Trust Arises). *"Equity imputes an intent to fulfill an obligation."* take notice your duties as a People Bound by oath to be Persons Worthy of Trust are to ensure I receive aid, repairs and restoration rendered to me, my vessels, cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary as my ancestors intended for me Through Treaties, which You happen to be a party to by way of Oaths as Trustees/Fiduciaries servants by oath which you volunteered to by your own consent, so, YOU are now bound; Common Law Applies to Trustee(s), if Not, i require **You show good cause** that it does not Apply To YOU. *"Equity does not aid the volunteer."* by this emergency bill, justice should be rendered without stagnates of administrational processes and without delay, without being obliged to pay exclusive of costs. Keep in mind anything less than obeying your Trust Indenture will constitute your interest in unjust enrichment. *"Equity will not complete an imperfect gift"*, *"Equity delights to do justice and not by halves"*

*"1781 Articles of confederation a Perpetual Union article XII"*

*"1789 constitution of the united states Article 1 section 10 clause 1"*

5) Furthermore, the district court of the united states for the eastern district of new york has made a palpable error because Treaties states that Moors are not subject to any type of tribute, tax, remunerations or duties. My bill of lading clearly expresses that my suit is in admiralty and maritime by nature, laws of nations and demand a correction your actions because my rights are being irreparably destroyed beyond repair and in grievance because of delays and with no speedy adequate remedy demanded by this emergency speciali causa (special cause) stated in suit. Your Orator has clearly been delayed by administrative clerks' due processes, and is Subjected to Assaults and Beatings on the High Seas in Personam, and I object and deny filling out any applications/ forms. it is the duty and your obligation to pay any and all debts against the United States and any of them that YOU owe to me for my Special Civil Cause by I suitor griffith, jelahn julian, Moor beneficiary *in personam only* to be included with BEMABUSTIERS TRUST as my protected Trust vessel, and "you" said trustees are to preform to the best of your abilities according to your oaths of office which you are bound, so speedy and adequate remedy rendered to me in the original equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations. Pursuant To 1824 Treaty of Tunis Article XII, constitution of the united states article III section II subsection 1 and Article VI and Article I section 8 clause 10, 17, 1781 Articles of confederation Art VI, IX, XI, XII, XIII *"Equity aids the vigilant and not those who slumbers on their rights"*.

## Substantive Facts
*"1789 constitution of the united states Article 1 section 9 clause 3"*

6) Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character, in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of marque reprisal legal proceeding styled as "THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK", "Which is "In Fact" legal fictions and has no **"Substantive due process of war"** with rules that do not apply to prize proceedings in admiralty by nature law of nations and not in line with YOUR Trust Indenture(s) or the Treaties of the Al Maroc Shereefian Empire. Your orator requested an article III judge an invokes admiralty by nature.

## Substantive Facts
*"The Judiciary Act; September 24, 1789 1 Stat. 73. An Act to Establish the Judicial Courts of the United States Section 9, 22, 25, 32"*
*"substantive due process exalts judges at the expense of the People from whom they derive their authority"* (THOMPSON, J)

7) All People bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound by oath or affirmation to support all treaties made, the constitutions, and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties. Therefore, with the above declaration of facts given, I, griffith, jelahn julian, a People called Moor aboriginal beneficiary *a Emperer, Arawak, Merchant, a Seaman, a Piloter, a Mariner, a Commander, Bonafide Owner of all vessels, cargo, estates, chattels, charters, convoys, vassals, merchandise, goods, ships* and Subject of the Al Maroc Shereefian Empire respectfully demand that this court, acting *in good faith, with due diligence, and without unclean hands,* **show "good" cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within (3) three days from your receipt of this Notice. Failure to **show "good" cause** shall be construed as the courts' confession, acquiescence,

agreement, and consent to the facts herein, and the status and standing of the People called Moor beneficiary to a current exclusive equitable admiralty and maritime cause. **"equity imputes an intent to fulfill an obligation"**.

*Equity will not allow a statute to be used as a cloak for fraud"*.

*LAWS REMAINING IN FORCE.*

*SECTION 1. The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one,* **the principles of equity and admiralty, all general acts of Congress** *not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .***Terms and Conditions**

**The Jay Treaty of 1794 Article XXI.** *It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate.* **"Breached in the past"**...

*FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901.*

**Third**, *The word "person" shall be held to apply to partnerships and corporations, unless.such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense .* **Fourth**. *Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable .* **Fifth**. *Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed a sufficient compliance .***Sixth**. *The words "insane person" and "lunatic" shall include every idiot, non compos, lunatic, and insane person .*

**1786/1836 Treaty of Marrakech Article II.** *If either of the Parties shall be at War with any Nation whatever, the other Party shall not take a Commission from the Enemy nor fight under their Colors.*

**1786/1836 Treaty of Marrakech article IV.** *A Signal or Pass shall be given to all Vessels belonging to both Parties, by which they are to be known when they meet at Sea, and if the Commander of a Ship of War of either Party shall have other Ships under his Convoy, the Declaration of the Commander shall alone be sufficient to exempt any of them from examination.*

**1786/1836 Treaty of Marrakech Article VI.** *If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection. .*

**1786/1836 Treaty of Marrakech Article IX.** *If any Vessel of the United States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their*

*Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put into our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquillity untill the Commander shall think proper to proceed on his Voyage.*

**1786/1836 Treaty of Marrakech Article XIV.** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption.*

**1786/1836 Treaty of Marrakech Article XXI.** *If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

**1786/1836 Treaty of Marrakech Article XXIII.** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made*

**1786/1836 Treaty of Marrakech Article XXIV.** *If any differences shall arise by either Party infringing on any of the Articles of this Treaty, Peace and Harmony shall remain notwithstanding in the fullest force, untill a friendly Application shall be made for an Arrangement, and untill that Application shall be rejected, no appeal shall be made to Arms. And if a War shall break out between the Parties, Nine Months shall be granted to all the Subjects of both Parties, to dispose of their Effects and retire with their Property. And it is further declared that whatever indulgences in Trade or otherwise shall be granted to any of the Christian Powers, the Citizens of the United States shall be equally entitled to them.*

**1795 Treaty of Algiers Article III.** *The Vessels of both Nations shall pass each other without any impediment or Molestation and all Goods monies or Passengers of whatsoever Nation that may be on board of the Vessels belonging to either Party Shall be considered as inviolable and shall be allowed to pass unmolested.*

**Article V.** *No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them.*

**Breached in the Past.**

Performed in personam, in his own right, who has attained the Age of Majority with manifest Special intent and purpose, freewill act and Deed: I DECLARE, under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct.

Executed: _Oct, 5_ , 20_22_ By: _[signature]_

Witness _[signature]_ & _[signature]_

Govern yourself accordingly



Jelahn Griffith
c/o 1845 New York Ave.
Near Brooklyn, N.Y. 11210 (RFD)
Email: gatlin718@gmail.com
Phone: 718-490-4959

USN

FILED
2022 OCT -5 PM 1:18
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

To: Pro Se Office
MARGO K. BRODIE &
BRENNA B. MAHONEY